IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2014 OCT 23  AM 8: 59
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY

NUVASIVE, INC.,

        Plaintiff,

-vs-                                                Case No. A-12-CA-1156-SS

LAURA LEWIS,

        Defendant.

## ORDER OF COSTS AND ATTORNEY'S FEES

BE IT REMEMBERED on this day the Court entered an order in the above-styled cause, determining the costs and attorneys' fees to be awarded in this matter. The Court previously entered a judgment on July 15, 2014, providing in part that Plaintiff NuVasive, Inc. do have a recover judgment against Defendant Laura Lewis in the amount of ONE-HUNDRED SIXTY-FOUR THOUSAND, FIVE HUNDRED SEVENTY-ONE and 43/100 DOLLARS ($164,571.43) and that this judgment bear interest at .11 percent per annum from the date of the judgment until said judgment is fully paid and satisfied. *See* Judgment [#168]. On August 29, 2014, Defendant Lewis filed a Notice of Satisfaction of Judgment, informing the Court that Globus Medical, Inc., on behalf of Lewis, sent a check to NuVasive in the amount of the judgment plus interest, and NuVasive received the check. *See* Notice of Satisfaction of Judgment [#187]. Having considered this satisfaction of judgment, the Court now enters the following orders regarding costs and attorneys' fees.

IT IS ORDERED that the Clerk SHALL assess costs of suit against Plaintiff NuVasive, Inc. in the total amount of NINETY DOLLARS AND FIFTY-EIGHT CENTS ($90.58);

IT IS FURTHER ORDERED that the Clerk SHALL assess costs of suit against Defendant Laura Lewis in the total amount of TEN THOUSAND NINE-HUNDRED AND TWENTY-THREE DOLLARS AND EIGHTY-THREE CENTS ($10,923.83);

IT IS FINALLY ORDERED that Defendant Laura Lewis does have and recover attorneys' fees against Plaintiff NuVasive, Inc. in the amount of TEN THOUSAND DOLLARS ($10,000.00), for which let execution issue.

SIGNED this the 22nd day of October 2014.

*[signature]*
SAM SPARKS
UNITED STATES DISTRICT JUDGE